UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>YVETTE PROPERTIES, INC.,<br><br>    Defendant. | Case No. 21-cv-04988-JST<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 13 |

Plaintiff Orlando Garcia served his complaint on Defendant Yvette Properties, Inc. in this case on September 10, 2021. ECF No. 9. The parties requested, and were granted, a motion for administrative relief which extended the joint inspection deadline to February 23, 2022. ECF Nos. 7, 8. The parties did not comply with that deadline. *See* ECF No. 13. Instead, on March 21, 2022 – almost one month after the extended deadline passed – they filed another request to further extend the joint site inspection deadline. *Id.*

The Court notes that it has already been frequently required to address Plaintiff's counsel's failure to comply with the Court's deadlines. *See Johnson v. Silvercreek Yuba I, LLC*, Case No. 21-cv-05907; *Johnson v. Gamba*, Case No. 21-cv-06708; *Whitaker v. Sugarman*, Case No. 21-cv-07308; *Johnson v. T&V Investment, Inc.*, Case No. 21-cv-09162.

The parties are ordered to show cause in writing by May 24, 2022, as to why sanctions should not be imposed for failure to comply with the Court's orders. *See* Civ. L.R. 1-4; *Wang v. Nevada Sys. of Higher Educ.*, No. 3:18-CV-00075-MMD(CLB), 2022 WL 95428, at *4 (D. Nev. Jan. 10, 2022) ("Federal courts have the inherent power to punish conduct which abuses the judicial process, including accessing attorneys' fees when a party has 'acted in bad faith, vexatiously, wantonly, or for oppressive reasons.'" (quoting *Chambers v. NSDCO, Inc.*, 501 U.S.

32, 45-46 (1991)).

The Court will conduct a show cause hearing on June 7, 2022, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 22, 2022

_____
JON S. TIGAR
United States District Judge